IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : <br> OF THE UNITED STATES OF AMERICA <br> FOR AN ORDER AUTHORIZING TO SEAL <br> THE CASE OF 5 DRAKE AVENUE <br> DAYTON, OHIO | CASE NO.   3:13 MJ 100 <br><br> **Filed Under Seal** |

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection until further Order of this Court.

__9-28-15__
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE